Certificate Number: 05781-GAN-DE-041271151

Bankruptcy Case Number: 26-11036



05781-GAN-DE-041271151

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2026, at 9:10 o'clock AM PDT, Sharease McQueen completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:    July 31, 2026            By:    /s/Allison M Geving

Name:   Allison M Geving

Title:   President